**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1411**

J. B. HENRY,

                  Plaintiff – Appellant,

            v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security
Administration,

                  Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   David J. Novak, Magistrate
Judge.  (3:13-cv-00357-DJN)

Submitted:  October 28, 2014          Decided:  November 4, 2014

Before WILKINSON, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce K. Billman, Fredericksburg, Virginia, for Appellant. Nora
Koch, Acting Regional Chief Counsel, Taryn F. Jasner,
Supervisory Attorney, Jordana Cooper, Assistant Regional
Counsel, Philadelphia, Pennsylvania; Dana J. Boente, United
States Attorney, Elizabeth C. Wu, Assistant United States
Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

J.B. Henry appeals the order of the magistrate judge granting summary judgment to the Commissioner and upholding the denial of Henry's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Henry v. Colvin</u>, No. 3:13-cv-00357-DJN (E.D. Va. Mar. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>